IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MELVIN WIAND** (BOP Register No. 37221-177), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:16-cv-1118-L |
| **BARACK OBAMA, ET AL.,** | § § § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff Melvin Wiand's motion requesting that the court excuse his obligation to pay the full filing fee imposed under the Prison Litigation Reform Act ("PLRA") (Doc. 10), filed December 9, 2016. On April 12, 2017, United States Magistrate Judge David L. Horan entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny Plaintiff's motion. No objections were filed to the Report.

Having reviewed the motion, record, applicable law, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff Melvin Wiand's motion requesting that the court excuse his obligation to pay the full filing fee imposed under the PLRA (Doc. 10).

**It is so ordered** this 10th day of May, 2017.

　　　　　　　　　　　　　　　　　　　／s／ Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　Sam A. Lindsay
　　　　　　　　　　　　　　　　　　　United States District Judge

**Order – Solo Page**